**Theodore OWENS v. STATE.**

No. 15118.

Court of Criminal Appeals of Texas.

Feb. 19, 1932.

Kenyon & Gernsbacher, of Galveston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

**MORROW, P. J.**

The conviction is for murder; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

**Juan RAMOS v. STATE.**

No. 15064.

Court of Criminal Appeals of Texas.

Feb. 17, 1932.

W. W. Whitaker and Phil Robertson, both of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

**MORROW, P. J.**

Burglary is the offense; penalty assessed at confinement in the penitentiary for two years.

The evidence heard before the trial court is not here. In the motion for new trial are a number of criticisms of the rulings of the trial court. None of the complaints are supported by bills of exception, and none of them are available for review without bills of exception. Moreover, this court would not be able to appraise the complaints of the procedure in the absence of knowledge of the facts which were in evidence. We find in the record nothing presented for review which would justify or authorize a reversal of the judgment.

It is therefore affirmed.

**R. B. REED v. STATE.**

No. 14538.

Court of Criminal Appeals of Texas.

Feb. 10, 1932.

Wm. E. Davenport, of San Angelo, for appellant.

Fred L. Blundell, Dist. Atty., of Lockhart, J. Lee Dittert, Asst. Dist. Atty., of Bellville, T. G. Oliver, Jr., Co. Atty., of San Marcos, and Lloyd W. Davidson, State's Atty., of Austin, for the State.

**MORROW, P. J.**

The unlawful possession of intoxicating liquor for the purpose of sale is the offense; penalty assessed at confinement in the penitentiary for one year.

Since the affirmance of this case at a previous date, the appellant has filed a written request, duly verified by his affidavit, asking that the appeal be dismissed. The request is granted, the original opinion is withdrawn, and the appeal is ordered dismissed.